DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA R. REVERDES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0189

_____

June 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.